UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MYRON SPEARS, | ) | CASE NO. 1:07 CV 616 |
| Petitioner, | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | ORDER |
| MICHELE EBERLIN, | ) | |
| Respondent. | ) | |

This habeas petition was dismissed on April 20, 2007, on the ground that it was patently untimely and that, in any event, the principles set forth in <u>United States v. Booker</u>, 543 U.S. 220 (2005) and <u>Blakely v. Washington</u>, 542 U.S. 296 (2004), relied upon by petitioner, do not apply retroactively in collateral habeas proceedings. <u>Humphress v. United States</u>, 398 F.3d 855 (6th Cir. 2005).

On May 1, 2007, petitioner filed a Motion to Alter or Amend Judgment, asserting that <u>Cunningham v. California</u>, 127 S.Ct. 856 (2007) abrogates <u>Humphress</u>. <u>Cunningham</u>, however, was not a habeas proceeding, but rather a direct appeal, and is therefore inapplicable.

Accordingly, the Motion to Alter or Amend is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal

from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

  IT IS SO ORDERED.

Dated: June 29, 2007        *s/  James S. Gwin*
                 JAMES S. GWIN
                 UNITED STATES DISTRICT JUDGE